UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN E. CASABURRO,

                Plaintiff,

     -against-

KING KULLEN CORP., HARBOR VIEW FOOD'S,
and DEFENDANTS UNKNOWN,

                Defendants.
-----------------------------------------------------------------X

**ORDER**
12-CV-5791(SJF)(ARL)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ JAN 3 1 2013 ★

LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

On November 13, 2012, *pro se* plaintiff John E. Casaburro ("plaintiff") filed in this Court: (1) a complaint against defendants King Kullen Corp., Harbor View Food's and "defendants unknown" (collectively, "defendants"), alleging claims, *inter alia*, for violations of the Racketeer Influence and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961, *et seq.*, Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.*, and the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq.*; and intentional infliction of emotional distress, and (2) an application to proceed *in forma pauperis*. Since plaintiff's financial status, as set forth in his declaration in support of the application to proceed *in forma pauperis*, qualifies him to commence this action without prepayment of the filing fees, see 28 U.S.C. § 1915(a)(1), plaintiff's application to proceed *in forma pauperis* is granted. The Clerk of Court is directed to forward copies of the summonses, the complaint and this Order to the United States Marshal Service for service upon defendants without prepayment of fees, and to mail a copy of this Order to the *pro se* plaintiff.

**SO ORDERED.**

                s/ Sandra J. Feuerstein
                _____
                Sandra J. Feuerstein
                United States District Judge

Dated:     January 31, 2013
            Central Islip, New York